The People of the State of New York ex rel. Village Construction Corporation, Appellant-Respondent, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [130 W. 12th St., Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of the Arbitration between Armand Levy, Respondent, and Chantoub Benichou, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 840.]

The People of the State of New York ex rel. Robert Goelet, Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents. [410 Park Ave., Borough of Manhattan.] — Order modified so as to provide for the fixing of the assessed valuations of the property as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $560,000 | $335,000 | $895,000 |
| 1942–43 | 535,000 | 320,000 | 855,000 |
| 1943–44 | 500,000 | 305,000 | 805,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to affirm. No opinion. Settle order on notice.

In the Matter of the Arbitration between Harry J. Gruber, Respondent, and Albert Shuman, Respondent. Philip Schulman, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 839.]

Albert E. McKenzie, as Trustee in Bankruptcy of Graves, Quinn Corporation, Respondent, v. Irving Trust Company, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

The People of the State of New York ex rel. Mutual Life Insurance Company of New York, Appellant-Respondent, against William S. Miller et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [1715-1717, 1730-1738, 1789-1797, 1824-1850, 1841 and 1980 Broadway, Borough of Manhattan.] — Upon considerering all the relevant factors, we deem that the order appealed from should be modified by amending the assessed valuations in the following respects:

| Premises — 1841 Broadway |  | (Block 1113, Lot 18) | |
|---|---|---|---|
|  | Land | Building | Total |
| 1941–42 | $200,000 | $200,000 | $400,000 |
| 1942–43 | 190,000 | 190,000 | 380,000 |

| Premises — 1824-50 Broadway |  | (Block 1113, Lot 29) | |
|---|---|---|---|
|  | Land | Building | Total |
| 1941–42 | $1,250,000 | $60,000 | $1,310,000 |
| 1942–43 | 1,150,000 | 60,000 | 1,210,000 |

| Premises — 1980 Broadway |  | (Block 1139, Lot 24) | |
|---|---|---|---|
|  | Land | Building | Total |
| 1941–42 | $1,050,000 | $1,000 | $1,051,000 |
| 1942–43 | 950,000 | 1,000 | 951,000 |

Order unanimously modified accordingly and, as so modified, affirmed, with $20 costs and disbursements to the relator. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 117 EAST 72ND STREET CORPORATION, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [117 E. 72nd St., Borough of Manhattan.] — Order unanimously modified so as to provide for the fixing of the assessed valuations of the property as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $175,000 | $375,000 | $550,000 |
| 1942–43 | 175,000 | 360,000 | 535,000 |
| 1943–44 | 175,000 | 350,000 | 525,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MARCUS SCHWARTZ et al., Appellants, v. SERUTAN Co. et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 840.]

HELEN MARHOEFER et al., Appellants, v. IRWIN LALIN et al., Copartners Doing Business under the Name of HILL LALIN SONS, et al., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial.

SAMUEL LEVY, as Receiver in Foreclosure of the Premises Known as 166, 168, 170 and 172 Broadway and 2 and 4 Maiden Lane, Borough of Manhattan, Appellant, v. HARRY S. SHERESKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

CHAS. CHIPMAN'S SALES Co., INC., Appellant, v. ELY & WALKER DRY GOODS COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [183 Misc. 531.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PETRELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [902-911 Seventh Ave., 201-211 W. 57th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

580 FIFTH AVENUE CORP., Respondent, v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.— Order, so far as appealed from, unanimously modified by granting examination of plaintiff as to items 1 and 2 of defendant's notice of cross motion and, as so modified, affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.